IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEFF VEERHUSEN, on Behalf of Himself and All Others Similarly Situated,<br><br>   Plaintiff,<br><br> v.<br><br>CAPITAL MANAGEMENT SERVICES, LP, LVNV FUNDING, LLC, and RESURGENT CAPITAL SERVICES, LP,<br><br>   Defendants. | 8:09CV354<br><br>**ORDER OF RECUSAL**<br>**REQUEST FOR REASSIGNMENT** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." Upon review of the parties and the record in the above-designated case, the undersigned judge shall, and hereby does, recuse himself from the above-designated case pursuant to 28 U.S.C. § 455(a).

 SO ORDERED.

 DATED this 30th day of November, 2009.

              BY THE COURT:

              s/ Joseph F. Bataillon
              Chief United States District Judge